IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MVT SERVICES, LLC d/b/a MESILLA VALLEY TRANSPORTATION, | § § § | CIVIL ACTION NO. 2:18-CV-01128-GJF-KRS |
| Plaintiff, | § § | |
| vs. | § § | |
| GREAT WEST CASUALTY COMPANY, | § § | |
| Defendant. | § § | |

## ORDER EXTENDING DEADLINES

The Court, having considered Plaintiff MVT Services, LLC's and Great West Casualty Company's Joint Motion to Modify Scheduling Order (the "Motion"), finds that the Motion should be GRANTED.

It is therefore ORDERED that the Motion (Doc. 69) is hereby GRANTED.

It is further ORDERED that the current and unexpired deadlines set in the Court's July 17, 2019 Scheduling Order (Doc. 34), are extended to sixth months after the Court's ruling on MVT's Motion for Summary Judgment.

It is further ORDERED that all trial and associated deadlines set forth in the Court's Order Setting Jury Trial (Doc. 38) are hereby VACATED and will be reset, if appropriate, by the Presiding Judge.


_____

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE