**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MVT SERVICES, LLC, doing business as
Mesilla Valley Transportation,

                    Plaintiff,

v.                                        No. 2:18-cv-01128 GJF/KRS

GREAT WEST CASUALTY COMPANY,

                    Defendant.

### AMENDED SCHEDULING ORDER

THIS MATTER comes before the Court *sua sponte* and pursuant to the Court's order extending the parties' unexpired scheduling order deadlines to six months following the Court's ruling on Plaintiff's Motion for Summary Judgment. *See* (Doc. 73). As the Court has now ruled on the Motion for Summary Judgment, as well as Defendant's Motion for Reconsideration, and following a discussion with the parties at a status conference held on September 16, 2020, the Court enters this amended scheduling order.

Accordingly, **IT IS HEREBY ORDERED** that the following case management deadlines shall govern:

    (a) Termination of discovery:      **February 25, 2021**;

    (b) Motions relating to discovery:      **March 17, 2021**;

    (c) All other motions:      **March 29, 2021**;

    (d) Pretrial order:    Plaintiff to Defendant by:    **May 14, 2021**;

                      Defendant to Court by:    **May 28, 2021**.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE