IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MVT SERVICES, LLC, doing business as
Mesilla Valley Transportation,

      Plaintiff,

v.                                                                                                       No. 2:18-cv-01128 GJF/KRS

GREAT WEST CASUALTY COMPANY,

      Defendant.

## *SUA SPONTE* ORDER

THIS MATTER is before the Court *sua sponte* upon review of the record. Starting on August 24, 2020, Defendant began filing Notices of Intention to Take Depositions and Serve Subpoenas, (Docs. 109-111, 119-123, 135), to which Plaintiff has filed Objections, (Docs. 124-128), and Defendant has filed a Response to the Objections, (Doc. 140). First, notices of deposition are not to be filed with the Court except when the adequacy or content of the notice is the basis for a motion relating to Fed. R. Civ. P. 30 or 31. *See* D.N.M.LR-Civ. 30.1. Second, Plaintiff's Objections and Defendant's Response to the Objections are improperly filed with the Court as neither party has filed a motion to compel or for a protective order. *See* D.N.M.LR-Civ. 26.2 and 37.1, and Fed. R. Civ. P. 26(c), 34(b)(2), and 37(a). To the extent the parties seek a ruling from the Court, they must do so by filing a motion. *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion" and the motion must "state with particularity the grounds for seeking the order" and "state the relief sought."). The Court hereby instructs the parties to comply with the Federal Rules of Civil Procedure and the Court's Local Rules.

                                                                                           */s/ Kevin Sweazea*
                                                                         KEVIN R. SWEAZEA
                                                                         UNITED STATES MAGISTRATE JUDGE