IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MVT SERVICES, LLC, doing business as
Mesilla Valley Transportation,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　No. 2:18-cv-01128 GJF/KRS

GREAT WEST CASUALTY COMPANY,

      Defendant.

### ORDER TO SEAL

THIS MATTER is before the Court on Great West Casualty Company's Unopposed Motion for Leave to File Under Seal exhibits and documents associated with Great West Casualty Insurance Company's Motions to Compel. (Doc. 165). Having reviewed the record, noting that Plaintiff is unopposed to the Motion for Leave to File Under Seal, and being otherwise fully informed, the Court finds the Motion for Leave to File Under Seal is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Exhibits A, B, D, E, and F to Great West Casualty Company's Motion to Compel – Privilege and Waiver, (Doc. 166), and Exhibit A to Great West Casualty Company's Motion to Compel – File Reviewed in Preparation and Preparedness of Fed. R. Civ. P. 30(b)(6) Witness, (Doc. 168), may be filed under seal and shall be deemed sealed as of the date they were filed, January 21, 2021. Access to these records shall be limited to the Court and the case participants only.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE