# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MVT SERVICES, LLC, doing business as
Mesilla Valley Transportation,

           Plaintiff,

v.                                                       No. 2:18-cv-01128 GJF/KRS

GREAT WEST CASUALTY COMPANY,

           Defendant.

## ORDER GRANTING SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER

The Court, having considered the parties' Second Joint Motion to Modify Scheduling Order (Doc. 171), and having consulted with the presiding judge about the trial scheduled in this case, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the current and unexpired deadlines set in the Court's September 16, 2020 Amended Scheduling Order (Doc. 130), are extended as follows:

(a) Termination of discovery: **June 18, 2021**;

(b) Motions relating to discovery: **July 8, 2021**;

(c) All other motions: **July 20, 2021**;

(d) Pretrial order: Plaintiff to Defendant by: **August 6, 2021**;

                  Defendant to Court by: **August 20, 2021**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE