## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MVT SERVICES, LLC, doing business as
Mesilla Valley Transportation,

      Plaintiff,

v.                                No. 2:18-cv-01128 GJF/KRS

GREAT WEST CASUALTY COMPANY,

      Defendant.

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE REPLIES

THIS MATTER is before the Court on Great West Casualty Company's Unopposed Motion for Extension of Time to File its Replies in Support of its Two Motions to Compel, (Doc. 180). Having reviewed the record, noting that Plaintiff is unopposed to the Motion for Extension of Time, and being otherwise fully informed, the Court finds the Motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Great West Casualty Company's replies in support of its Motions to Compel are now due by February 25, 2021.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE