IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MVT SERVICES, LLC, doing business as
Mesilla Valley Transportation,

    Plaintiff,

v.                                                          No. 2:18-cv-01128 GJF/KRS

GREAT WEST CASUALTY COMPANY,

    Defendant.

## ORDER TO SEAL

THIS MATTER is before the Court on Great West Casualty Company's Unopposed Motion for Leave to File Under Seal exhibits and documents associated with Great West Casualty Company's Reply in Support of its Motion to Compel, (Doc. 183). Having reviewed the record, noting that Plaintiff is unopposed to the Motion for Leave to File Under Seal, and being otherwise fully informed, the Court finds the Motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Attachments 1, 2, and 3 to Great West Casualty Company's Reply in Support of its Motion to Compel, (Doc. 186), are filed under seal and shall be deemed sealed as of the date of their filing, February 25, 2021. Access to these records shall be limited to the Court and the case participants only.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE