IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MVT SERVICES, LLC d/b/a MESILLA VALLEY TRANSPORTATION,

 Plaintiff,

vs.

GREAT WEST CASUALTY COMPANY,

 Defendant.

Case No. 2:18-cv-01128 GJF/KRS

## ORDER GRANTING THIRD JOINT MOTION TO MODIFY SCHEDULING ORDER

The Court, having considered Plaintiff MVT Services, LLC and Defendant Great West Casualty Company's Third Joint Motion to Modify Scheduling Order (Doc. 201), finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the current and unexpired deadlines set in the Court's January 27, 2021 Amended Scheduling Order (Doc. 172), are extended as follows:

(a) Termination of discovery: **August 31, 2021**;

(b) Motions relating to discovery: **September 20, 2021**;

(c) All other motions: **September 30, 2021**;

(d) Pretrial order: Plaintiff to Defendant by: **October 19, 2021**;

(e) Pretrial order: Defendant to Court by: **November 2, 2021**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE