IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MVT SERVICES, LLC, doing business as
Mesilla Valley Transportation,

      Plaintiff,

v.                                                                                                No. 2:18-cv-01128 GJF/KRS

GREAT WEST CASUALTY COMPANY,

      Defendant.

## ORDER GRANTING MOTION TO STAY

      THIS MATTER is before the Court on Plaintiff's Motion to Stay, (Doc. 213), filed July 29, 2021.  No response to the Motion to Stay was filed, and the time for doing so has passed.  On July 23, 2021, Plaintiff filed an opposed motion to quash a subpoena Defendant issued to a non-party law firm, Anderson Kill, P.C.  (Doc. 212).  Plaintiff requests that the Court stay enforcement of the subpoena until the Court rules on the motion to quash.  Given that Plaintiff has filed a motion challenging the subpoena, the Court agrees that the response to and enforcement of the subpoena should be stayed pending resolution of Plaintiff's motion to quash.

      IT IS THEREFORE ORDERED that Plaintiff's Motion to Stay, (Doc. 213), is granted, and enforcement of the subpoena is stayed until the Court rules on Plaintiff's motion to quash, (Doc. 212).

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE