IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MVT SERVICES, LLC d/b/a MESILLA VALLEY TRANSPORTATION, | § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Case No. 2:18-cv-01128 GJF/KRS |
| GREAT WEST CASUALTY COMPANY, | | |
| Defendant. | | |

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

The Court, having considered Plaintiff MVT Services, LLC and Defendant Great West Casualty Company's Joint Motion to Modify Scheduling Order (Doc. 234), finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the current and unexpired deadlines set in the Court's September 1, 2021 Amended Scheduling Order (Doc. 229) and September 16, 2021 Third Order Setting Jury Trial (Doc. 233) are extended as follows:

(a)   Termination of discovery: **December 17, 2021**;

(b)   Motions relating to discovery: **January 7, 2022**;

(c)   All other motions: **January 14, 2022**;

(d)   Pretrial order: Plaintiff to Defendant by: **January 19, 2022**;

(e)   Pretrial order: Defendant to Court by: **February 2, 2022**;

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE