IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MVT SERVICES, LLC d/b/a MESILLA TRANSPORTATION,<br>    Plaintiff,<br><br>vs.<br><br>GREAT WEST CASUALTY CO.,<br>    Defendant. | §<br>§<br>§<br>§<br>§   NO. 2:18-CV-01128-GJF-KRS<br>§<br>§<br>§ |

### ORDER GRANTING UNOPPOSED MOTION TO APPROVE SUPERSEDEAS BOND AND STAY EXECUTION OF JUDGMENT PENDING APPEAL

THIS MATTER is before the Court on Great West Casualty Company's ("Great West") Unopposed Motion to Approve Supersedeas Bond and Stay Execution of Judgment Pending Appeal. [ECF 308]  The Court finds the Motion to be well taken and hereby GRANTS it.

IT IS THEREFORE ORDERED that Defendant's proposed supersedeas bond in the amount of ONE MILLION EIGHT HUNDRED SIXTY-ONE THOUSAND, TWO HUNDRED AND NINETEEN DOLLARS AND 87/100 CENTS ($1,861,219.87), in the form attached to the Defendant's Motion, is hereby approved.  Defendant may file said bond with the Clerk of this Court.  Upon the filing of said bond, the Court orders that execution of the Amended Final Judgment in this matter is stayed, pending resolution of the appeal without the need for any party to post additional security.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE